Certificate Number: 05781-NYE-DE-041317820

Bankruptcy Case Number: 26-43611

05781-NYE-DE-041317820

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 12, 2026, at 12:13 o'clock PM PDT, Enioreoluwa Majekodunmi completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date: August 12, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President